### IN THE UNITED STATES DISTRICT COURT FOR
### THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

WILLIAM D. BUMGARNER,

        Plaintiff,

v.                                  CIVIL  ACTION  NO.  2:04-0720

JOANNE BARNHART,
Commissioner of Social Security,

        Defendant.

### JUDGMENT ORDER

In accordance with the accompanying order, the Court **DENIES** Plaintiff's motion for summary judgment, **GRANTS** Defendant's motion for judgment on the pleadings, **AFFIRMS** the decision of the Commissioner and **DISMISSES** this matter from the docket of this Court.

The Court **DIRECTS** the Clerk to send a certified copy of this Order to Magistrate Judge Stanley, counsel of record, and any unrepresented parties.

ENTER:     May 25, 2005

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE